Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE HUGHINS, | Case No. 2:21-cv-00563-JAD-DJA |
| Plaintiff, | **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |
| v. | |
| TRANS UNION LLC; and EXPERIAN INFORMATION SOLUTIONS, INC., | **(FIRST REQUEST)** |
| Defendants. | Complaint filed: April 5, 2021 |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff George Hughins ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed his Complaint on April 5, 2021. (ECF No. 1.) The current deadline for Experian to respond to the Complaint is May 4, 2021. Plaintiff and Experian stipulate and agree that Experian shall have until May 25, 2021 to file its responsive pleading.

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | This is Experian's first request for an extension of time to respond to the Complaint and is |
| 2 | not intended to cause any delay or prejudice any party, but to permit Experian an opportunity to |
| 3 | more fully investigate the claims alleged. |
| 4 | **IT IS SO STIPULATED.** |
| 5 | DATED this 3rd day of May 2021. |

NAYLOR & BRASTER                    PRICE LAW GROUP, APC

By: */s/ Andrew J. Sharples*            By: */s/ Steven A. Alpert*
    Jennifer L. Braster                    Steven A. Alpert
    Nevada Bar No. 9982                    Nevada Bar No. 8353
    Andrew J. Sharples                     5940 S. Rainbow Blvd., Suite 3014
    Nevada Bar No. 12866                   Las Vegas, NV 89118
    1050 Indigo Drive, Suite 200
    Las Vegas, NV 89145                    *Attorneys for Plaintiff*
                                           *George Hughins.*
*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**IT IS SO ORDERED.**

DATED this 4th day of May 2021.

_____
UNITED STATES MAGISTRATE JUDGE