Steven A. Alpert, NV Bar #8353
**PRICE LAW GROUP, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas, Nevada 89118
Phone: (702) 794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*George Hughins*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE HUGHINS, | |
| Plaintiff, | Case No.: 2:21-cv-00563-JAD-DJA |
| v. | |
| TRANS UNION LLC; and EXPERIAN INFORMATION SOLUTIONS, INC., | **Stipulation and Order Dismissing Action** |
| Defendants. | ECF No. 14 |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff George Hughins and Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice as to Defendant Experian with all fees and costs to be paid as outlined in the settlement agreement and release. There are no remaining defendants in this matter.

RESPECTFULLY SUBMITTED this 26th day of January 2022,

By: */s/ Steven A. Alpert*
Steven A. Alpert, NV Bar #8353
**PRICE LAW GROUP, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas, Nevada 89118
Phone: (702) 794-2008
alpert@pricelawgroup.com

*Attorneys for Plaintiff,*
*George Hughins*

By: */s/ Jennifer Braster*
Jennifer L. Braster
Nevada Bar No. 9982
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com

Katherine A. Neben
Nevada Bar No. 14590
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, CA 92612
(T) (949) 851-3939
(F) (949) 553-7539
kneben@jonesday.com

*Attorneys for Defendant,*
*Experian Information Solutions, Inc.*

**ORDER**

Based on the parties' stipulation **[ECF No. 14]** and good cause appearing, and because the dismissal of claims against this last-remaining defendant leaves no claims pending, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
February 9, 2022

- 2 -